Martina CARROLL–GARRISON, Plaintiff–Appellant,

v.

COMMANDER, UNITED STATES ARMY INSTALLATION MANAGEMENT COMMAND; United States of America, Defendants–Appellees,

and

Stephen A. Michael, United States Office of Personnel Management Agency and Veteran Support, Defendant.

No. 12–1010.

United States Court of Appeals, Fourth Circuit.

Submitted: May 11, 2012.

Decided: May 25, 2012.

Martina Carroll–Garrison, Appellant Pro Se. Deirdre Gaudet Brou, Special Assistant United States Attorney, Alexandria, Virginia, for Appellees.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martina Carroll–Garrison appeals the district court's order granting the motion to dismiss her complaint pursuant to Fed. R.Civ.P. 12(b)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Carroll–Garrison v. Michael,* No. 1:11–cv–00931–LO–TCB (E.D.Va. Dec. 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*